

JAN 12 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY TB DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HDSP
Jim Cooper Jr. - K-68818
(Name of Plaintiff)
E2-38 Low - P.O. Box 3030
(Address of Plaintiff)
Susanville, CA. 96127-3030

(Case Number)

vs.

Lassen County Sheriff's Dept. et al
Shawn Guided - Deputy
David Martin - Sgt. - Task Force
R. Ziglen - Sgt. &
(Names of Defendants)
Sheriff/Coroner Steven W. Warren

COMPLAINT

2:07-CV-0080 LKK GGH PC

I Previous Lawsuits:

A. Have you brought any other lawsuits while a prisoner: ☒ Yes ☐ No

B. If your answer to A is yes, how many? (1) one Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff Self - Jim Cooper Jr.

Defendants HDSP - Medical Staff - et al

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Rev'd 5/99

2. Court (if Federal Court, give name of District; if State Court, give name of County) Eastern District Court of California

3. Docket Number Don't Remember

4. Name of judge to whom case was assigned Magistrate Gregory Hollows

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?) Case was Dismissed

6. Approximate date of filing lawsuit February 2002

7. Approximate date of disposition December 2003

II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution? ☒ Yes ☐ No

B. Have you filed a grievance concerning the facts relating to this complaint? Incident leading to ☐ Yes ☒ No

If your answer is no, explain why not This lawsuit happened on the streets. I've attached the citizen complaint for, either attached & copy of citizen complaint procedure

C. Is the grievance process completed? Citizens Complaint ☒ Yes ☐ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

* A. Defendant Lassen County Sheriff Department-etal Shaun Gyako is employed as A Sheriffs Deputy - Lassen County at Susanville, CA. Sheriffs Department

B. Additional defendants Sgt. David Martin Narcotics Task Force - Susanville Sheriffs' Department.

* R. Zirbien. Sgt. Senior Officer In Charge @ Sheriffs Dept. in Susanville. - He Also Failed To Respond To A Citizen Complaint In A Timely Manner. After Grudgingly Accepting my Statement.
* Also, Steven W. Warren - Sheriff Coroner - Lassen County Sheriff Dept.

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

* DEPUTY SHAWN GUALCO USED UNREASONABLE FORCE DURING AN ARREST PROCEDURE ON ME, ON 8-6-06 WHILE I WAS IN HANDCUFFS. I WAS KICKED & KNEED IN MY LOWER SPINE AREA A NUMBER OF TIMES, ALSO STRUCK ABOUT THE BACK OF THE HEAD & BENT OVER THE TAILGATE OF MY PICK-UP. MY WIFE WATCHED & TWO OTHER NEIGHBORS SAW THE INCIDENT AND CAME FORTH AS WELL. STATEMENTS ON FILE
* SGT. DAVID MARTIN FILED A FALSE ARREST REPORT THAT HELPED LAND ME IN PRISON.
* SGT. R. ZIGLER DID NOT FOLLOW THROUGH ON MY CITIZEN COMPLAINT IN A TIMELY OR RESPECTFUL AMOUNT OF TIME ALLOWED BY LAW, IN MY OPINION, VERY UNPROFESSIONAL
* SHERIFF STEVEN WARREN DID NOT RESEARCH ON THIS CASE ONLY CONFERRED W/ SGT. ZIGLER & DEPUTY GUALCO & CONSPIRED TO DISMISS THIS CASE. AS NO OUTSIDE RECORD IS ON FILE OF AN INTERNAL AFFAIRS INVESTIGATION.

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I FEEL THAT DEPUTY SHAWN GUALCO SHOULD RETIRE HIS SHIELD, SO THAT NO ONE ELSE IS DISCRIMINATED AGAINST, OR ASSULTED ON A DARK NIGHT WHEN HE THINKS NO ONES AROUND. HE'S IN VIOLATION OF CALIFORNIA PROFESSIONAL CONDUCT CODE AS A PEACE OFFICER.
I ALSO AM A SENIOR CITIZEN, W/ A PERMANENT DISABILITY. I WAS ASSULTED BY DEPUTY GUALCO RANDOMLY & INJURED AS A RESULT. & DESERVE BY LAW I FEEL MONETARY RELIEF FOR MEDICAL BILLS, MEDICATION & THE PAIN & SUFFERING I'M LIVING WITH AS A DIRECT RESULT OF DEPUTY GUALCO'S ATTACK ON ME. THE OTHER OFFICERS BE PUNISHED AS THE COURT SEES FIT. THANK YOU!

Signed this 8th day of JANUARY, 2007.

Jim Cooper Jr.
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

1-8-07
(Date)

Jim Cooper Jr.
(Signature of Plaintiff)

What You Feel was Done Wrong: Continued: From Pg. 2

Cont: Par 2: Tail-Bone & Lower Spine Area! Officer Guaico was Ruffing Me Up so Thourghly That The Force of His Attack (while I was Handcuffed) Snapped or Broke A Heavy Gauge Silver Chain I was wearing Around my Neck!

This Is Not The First Time, Nor The Second, or Third Time, This Peace-Officer Has Pulled me over In my Little Truck. All Instances I was Stopped By Aforementioned Officer, I was Alone, But This Time, Thank God, There were (3) Three Eye-Witnesses! (Listed on Page 2 of This Citizens Complaint.) They Came forth without my Prior Knowledge.

Also If Officer Guaico Hadn't Been so Hell-Bent on, His, I Feel Pre-Meditated Acts of Violence on my Person. He might Have Noticed That Right Beneath my Beat-over, Banged & Pushed Around, 51 year Old, Permanently Disabled, Body! was A Perfectly Legal, Currently Registered "Disabled Person" License Plates! Number: DPX380R with A Picture of A Wheel-Chair Proceeding Numbers & Letters, For Those Who Are Reading Challenged. I Feel I was: Bottom Line Discrimminated Against, Partially Because of my Race, & The other 50% Because Officers In Lassen County, Harrass & Illegally Detain & Release, Citizens They Know who Are In The Penal →

Conclusion on [illegible]

This Page Be Written Because Public Defender Neglected To Copy End of "What I Feel Was Done Wrong" So This Is To The Best of my Recollection. — 7 —

ie Parole. Probation. Prop 36 etc..

Cont. System, & That They Know They Can Stop & for No Apparent Reason Search, Someones Vehicle, & Person, & Release Them To Go on Thier Way, w/o Running Vehicle License Plates, OR D/L. I feel That This Circumvents The Authority of The Law In This Great Country of our United States. Personal Vandettas & Opinion Should "NOT" Be, In Any way, Injected In To The Law. Human Factors Like & Discretion In A & on A. Case By Case, or Situation By Situation Basis, Is Always Good In making A Good Decision. But All Decisions, Outcomes, Probable Cause, Citations etc., Should Remain within The Preamaters of Written, & Established, State, County, & Constitutional Law By Any & All means. That's It That's All.

Thank you.

Respectfully Submitted

Jim Cooper

Jim Cooper

# OFFICE OF THE SHERIFF • COUNTY OF LASSEN, CALIFORNIA

*"Serving with Honor Since 1864"*


...ff's Office
...Sheriff Cady Lane
...ville, CA 96130
(530) 257-6121
(530) 257-9363

...ice of Emergency Services
...Sheriff Cady Lane
...nville, CA 96130
(530) 251-8013
...: (530) 257-9363

STEVEN W. WARREN
SHERIFF/CORONER
DIRECTOR OF EMERGENCY SERVICES

Adult Detention Facility
1405 Sheriff Cady Lane
Susanville, CA 96130
(530) 251-5245
FAX: (530) 251-5243

Coroner's Office
1415 Sheriff Cady Lane
Susanville, CA 96130
(530) 251-8013
FAX: (530) 257-9363


Legal Mail

## CITIZEN COMPLAINT

Section 832.5 of the California Penal Code states: "Procedure for investigation of Citizen's Complaints against personnel".

(a) Each department or agency in this state which employs peace officers shall establish a procedure to investigate citizen's complaints against personnel of such departments or agencies, and shall make a written description of the procedure available to the public.

(b) Complaints and any reports or findings relating thereto shall be retained for a A period of at least (5) five years.

**CATEGORY I COMPLAINTS:**

1. X Force Used.- EXCESSIVE!!! WHILE I WAS HANDCUFFED!!!
2. ___ False Arrest.
3. X Discrimination.- VERBALLY STATED: "YEAH, I REMEMBER YOU."
4. X Criminal Conduct. & KNOWS I'M ON ACTIVE PAROLE - NO REASON TO STOP ME ASSAULT.
5. ___ Racial/Ethnic Slurs.
6. X PERJURY - PER COURT TESTIMONY - IN MY OPINION.

**CATEGORY II COMPLAINTS:**

1. X Poor Service. FAILED TO ACKNOWLEDGE DISABLED (DISABLED PERSON)!
2. X Discourtesy.- AS MY VEHICLE PLATES READ DP 3802
3. X Improper Procedure.- NO PROBABLE CAUSE TO STOP ME OR MY VEHICLE
4. X Conduct Unbecoming a Peace Officer. COULD CAUSE SOMEONE SERIOUS... IN COURT TESTIMONY.
5. X Other Misconduct that reflects Upon the Agency (specify) VERY POOR TRAINING

* ALSO CAN NOT ACCEPT IT'S REMAINDER OF ... DAMAGES!

Date Occurred: AUGUST 6, 2006 Time: APPROX. 11PM TO 12:30AM

Location: DRIVEWAY - @ 106 ELM ST. - HERLONG, CA. - MY RESIDENCE.

Category I-II All marked w/ X's → Officer Name: SHAUN GUALCO Badge #: 127

Description: UNIT 0826 - CAUCASIAN MALE OFFICER BLONDE HAIR - MED. BUILD APPROX 6' OR S... 5204 PER REPORT

#3 ABOVE → Officer Name: DAVID MARTIN Badge #: N - PER REPORT OF INTERVIEW

Description: SHERIFF'S SERGEANT WHITE MALE OFFICER DARK HAIR, MED. HEAVY BUILD APPROX. 6' OR SO INTERVIEWED ME @ 1415 SHERIFF CADY LN. - PRIOR TO BOOKING.

#6 Cat. I Complaints

#4 Cat. II Complaints

Jim Copeland ... Copies ... Returned to ... Clerk

Driven By Officer Guako #? "Police Vehicle"
Vehicle #: 0826 - Per Crime & Arrest Report Description: White Marked Unit, w/ logo on 3 sides & Lites on Top.

Your Name: Jim Clinton Cooper Jr. Phone #: (530) 827-3599 - Res. Ph #
Address: 106 Fir St. - Herlong, CA. 96113 - Mail: P.O. Box 184 - Doyle, CA. 96109
City: Herlong, CA. State: CA. Zip: 96113
Date of Birth: 10-12-54 Age: 51 years

Witness Name: Ms. Nancy Everett (last name not sure) Phone #: ?
Address: 107 Fir St.
City: Herlong, State: CA. Zip: 96113
Date of Birth: ? Age: ?

Witness Name: Ms. Mattie Hamilton Phone #: ?
Address: 110 Fir St.
City: Herlong, State: CA. Zip: 96113

At Scene of Arrest → Witness Name: Mrs. Joyce A. Cooper - wife Phone #: (530) 827-3599
Address: 106 Fir St. - Mail: P.O. Box 826 - Herlong 96113
City: Herlong, State: CA Zip: 96113

Witness Name: _____ Phone #: _____
Address: _____
City: _____ State: _____ Zip: _____

Complaint Received By _____ Date: _____
Command Staff Given To: _____ Date: _____
Complaint DOJ Logged By: _____ Date: _____

WHAT YOU "FEEL" WAS DONE WRONG:
(Briefly) #1 - I was stopped as I parked at "Home" without probable cause, & even so I still was complying to the officers request, & for no apparent reason I was unduly shoved, pushed, bent over hard & face repeadilly forced down into dirt, grass, & gravels, I had just unloaded on my Prop. After Officer Guako also kneed me 3 or 4 times in my butt area, or

Signed: Jim C. Cooper Jr. Date: 9-6-06 Page Attached →

Witness: Joyce Cooper Date: 9-9-06 Signed: Joyce Cooper

What You Feel was Done Wrong: Continued: From Pg. 2

Cont: Pg. 2: Tail-Bone & Lower Spine Area! Officer Guaico was Ruffing Me Up so Thourghly That The Force of His Attack (while I was Handcuffed!) Snapped or Broke A Heavy Gauge Silver Chain I was wearing Around my Neck!

This Is Not The First Time, Nor The Second, or Third Time, This Peace-Officer Has Pulled me over In my Little Truck. All Instances I was Stopped By Aforementioned Officer, I was Alone, But This Time, Thank God, There were ("3") Three Eye-Witnesses! (Listed on Page 2 of This Citizens Complaint.)

They Came forth without my Prior Knowledge.

Also If Officer Guaico Had'nt Been so Hell-Bent on, His, I Feel Pre-Meditated Acts of Violence on my Person. He might Have Noticed That Right Beneath my Bent-over, Banged & Pushed Around, 51 year Old, Permanently Disabled, Body! was A Perfectly Legal, Currently Registered "Disabled Person" License Plates Number: DPX380R with A Picture of A Wheel-Chair Preceeding Numbers & Letters, For Those Who Are Reading Challenged. I Feel I was: Bottom Line Discriminated Against, Partially Because of my Race, & The other 50% Because Officers In Lassen County, Harrase & Illegally Detain & Release, Citizens They Know who Are In The Penal →

Conclusion on [illegible]

Case 2:07-cv-00080-LKK-GGH Document 1-1 Filed 01/12/07 Page 9 of 9

This "Page" Be written Because Public Defender Neglected To Correct And "what I Feel was Done wrong" So This Is To The Best of my Recollection.

ie Parole. Probation. Prop 36 etc..

Cont. System, & That They Know They Can Stop & For No Apparent Reason Search, Someones Vehicle, & Person, & Release Them To Go on Thier way, w/o Running Vehicle License Plates, or D/L. I feel That This Circumvents The Authority of The Law In This Great Country of our United States. Personal Vandettas & Opinion Should "NOT" Be, In Any way, Injected In To The Law. Human Factors Like & Discretion In A & on A, Case By Case, or Situation By Situation Basis, Is Always Good In making A Good Decision, But All Decisions, Outcomes, Probable Cause, Citations etc., Should Remain within The Preamaters of written, & established, State, County, & Constitutional Law By Any & All means, Thats It Thats All.

Thank you.

Respectfully Submitted

Jim Cooper

Jim Cooper