IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIM CHATMAN COOPER, JR.,

    Plaintiff,                    No. CIV S-07-0080 LKK GGH P

    vs.

LASSEN COUNTY SHERIFF'S DEPARTMENT, et al.,

    Defendants.

_____/      ORDER

        Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief pursuant to 42 U.S.C. § 1983. By Order, filed on April 12, 2007, certain claims and defendants were dismissed from the original complaint and plaintiff was granted leave to amend. Plaintiff did not file an amended complaint but, in a response filed on May 17, 2007, indicated that he wished to proceed as to the claims found colorable in the original complaint. By concurrently filed findings and recommendations, the court will recommend dismissal of some defendants.

        The complaint states a cognizable claim for relief against defendants Lassen County Sheriff's Department and Lassen County Sheriff's Deputy Gualco, for excessive force in violation of the Eighth Amendment, pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on

1

1 the merits of this action.

2       In accordance with the above, IT IS HEREBY ORDERED that:

3       1. Service is appropriate for the following defendants: Lassen County Sheriff's

4 Department and Lassen County Sheriff's Deputy Gualco.

5       2. The Clerk of the Court shall send plaintiff two USM-285 forms, one summons,

6 an instruction sheet and a copy of the complaint filed January 12, 2007.

7       3. Within thirty days from the date of this order, plaintiff shall complete the

8 attached Notice of Submission of Documents and submit the following documents to the court:

9       a. The completed Notice of Submission of Documents;

10       b. One completed summons;

11       c. One completed USM-285 form for each defendant listed in number 1

12       above; and

13       d. Three (3) copies of the endorsed complaint filed January 12, 2007.

14       6. Plaintiff need not attempt service on defendants and need not request waiver of

15 service. Upon receipt of the above-described documents, the court will direct the United States

16 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

17 without payment of costs.

18 DATED: 6/20/07       /s/ Gregory G. Hollows

19       UNITED STATES MAGISTRATE JUDGE

20

GGH:009
21 coop0080.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIM CHATMAN COOPER, JR.

      Plaintiff,       No. CIV S-07-0800 LKK GGH P

     vs.

LASSEN COUNTY SHERIFF'S
DEPARTMENT, et al.     NOTICE OF SUBMISSION

      Defendants.     OF DOCUMENTS

_____/

  Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

  __1__  completed summons form

  __2__  completed USM-285 forms

  __3__  copies of the __January 12, 2007__
            Complaint

DATED:

                _____
                Plaintiff