IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIM CHATMAN COOPER, JR.,

    Plaintiff,                               No. CIV S-07-0080 LKK GGH P

    vs.

LASSEN COUNTY SHERIFF'S
DEPARTMENT, et al.,

    Defendants.                     FINDINGS AND RECOMMENDATIONS

                                         /

           Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983.  Plaintiff was granted an opportunity to amend his complaint but elected not to do so.  By concurrently filed order, this court has found service of the original complaint appropriate upon some defendants as to certain of plaintiff's claims.   However, for the reasons set forth in the Order, filed on April 12, 2007, the court now recommends dismissal of plaintiff's claims against defendants Martin, Zielen and Warren.

           Accordingly, IT IS HEREBY RECOMMENDED that defendants Martin, Zielen and Warren be dismissed from this action.

           These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, plaintiff may file written

1

1  objections with the court. Such a document should be captioned "Objections to Magistrate
2  Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections
3  within the specified time may waive the right to appeal the District Court's order. <u>Martinez v.</u>
4  <u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

5  DATED: 6/20/07                                    /s/ Gregory G. Hollows

6                                                   _____
                                                    GREGORY G. HOLLOWS
7                                                   UNITED STATES MAGISTRATE JUDGE

GGH:009
8  coop0080.fr