Jim Cooper Jr.
Post Office Box 826
Herlong, CA 96113
Plaintiff in Propria Persona

ORIGINAL

FILED
NOV -9 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

United States District Court
Eastern District of California

| | |
|---|---|
| Jim Cooper Jr. | Case No. 07-0080 LKK GGH PC |
| Plaintiff, | |
| vs. | AMENDED COMPLAINT |
| Lassen County Sheriffs' Dept., | 42 U.S.C. 1983 |
| Shaun Gualco, Deputy Sheriff, | DEMAND FOR JURY TRIAL |
| in their individual and official capacities, | |
| Defendants. | |

Plaintiff Jim Cooper Jr. alleges:

## I. INTRODUCTION

1. This is an amended complaint for damages in connection with unnecessary and unjustified beating and kicking of plaintiff Jim Cooper Jr. by defendant Shaun Gualco on August 8, 2006. The kicking and beating of plaintiff violated his rights under the United States Constitution and under California law.

//

(1)

## II. JURISDICTION

2. This case is brought pursuant to 42 U.S.C. 1983 with pendent state claims. Therefore, jurisdiction is based upon 28 U.S.C. 1331 and 1343. The Court also has pendent jurisdiction over the state law claims.

## III. PARTIES

3. Jim Cooper Jr. is a parolee of the State of California presently under the supervision of the Paroles & Community Service Division, and who was under said supervision at all times relevant to this action.

4. The Lassen County Sheriff's Department is the direct supervisor of Defendant Shawn Gualco and held that position at all times mentioned herein.

5. Shawn Gualco is a Deputy Sheriff employed by the Defendant The Lassen County Sheriff's and held that position at all times mentioned herein.

## IV. FACTS

6. At all times mentioned herein, defendants and each of them were acting under color of state law.

7. On August 8, 2006, the Defendant Gualco in his official capacity, ordered the Plaintiff to submit to a parole search of his person under pretext of harassment. Plaintiff immediately asked Defendant Gualco what was the purpose of the search, and Defendant Gualco responded by stating "Aren't you still on parole". At this moment Defendant Gualco ordered the Plaintiff to turn-around, at that very instant, the Defendant Gualco initiated a choak-hold and placed

(2)

1. Plaintiff in manacles.
2. 8. Defendant Gualco then struck the Plaintiff in his back with a direct kick.
3. 9. Plaintiff then states "why are you doing this, I complied to your order" the Defendant then states "stop resisting" at this point, the Plaintiff was handcuffed.
4. 10. As the Plaintiff continued to comply with Defendant Gualco's order, Defendant Gualco grabbed plaintiff's cuffed hands and yanked down, then pushed the Plaintiff into the back of his truck that was full of leafs, at this moment, the Defendant struck the back of the Plaintiff's neck causing the Plaintiff extreme pain, notwithstanding, the Plaintiff offered no resistance to the Deputy, Plaintiff was kicked three times about the ribs and back by Defendant Gualco.
5. 10. The actions of Defendant Gualco, were wanton and without penological justification. His action was done intentionally in violation of, or with deliberate or reckless indifference to, plaintiff's constitutional rights.
6. 11. On September 9, 2006 a Citizen Complaint was filed with the Defendant Lassen County Sheriffs under California Penal Code Section 832.5.

### First Claim For Relief
### (Federal Cruel and Unusual Punishment)

12. Plaintiff realleges and incorporates herein by reference each and every allegation of paragraphs 6 through 11.

(3)

13. The unjustified and penologically unnecessary beating and kicking of Plaintiff on August 6, 2006 violated his rights under the Eighth Amendment to the United States Constitution in that it constitutes cruel and unusual punishment.

### SECOND CLAIM FOR RELIEF
### (Federal Due Process)

14. Plaintiff realleges and incorporates herein by reference each and every allegation of paragraphs 6 through 13.

15. The unjustified and penologically unnecessary beating and kicking of Plaintiff on August 6, 2006 violated the Due Process Clause of the Fourteenth Amendment to the United States Constitution.

### THIRD CLAIM FOR RELIEF
### (State Tort Law -- Assault and Battery)

16. Plaintiff realleges and incorporates herein by reference each and every allegations of paragraphs 6 through 15.

17. The unjustified and penologically unnecessary beating and kicking of Plaintiff on August 6, 2006 constitutes an intentional assault and battery prohibited by California state law.

//
//
//
//
//
//
//

(4)

## PRAYER FOR RELIEF

WHEREFORE, plaintiff prays for relief as follows:

1. For Compensatory damages in an amount of $500,000.00.
2. For Punitive damages in an amount of $250,000.00
3. For Costs and Reasonable Attorney Fees pursuant to U.S.C. Section 1988.
4. For such Further Relief as the Court deems proper.

Dated: October 19, 2007

_Jim Cooper Jr._
Jim Cooper, Jr. in Pro-Per

## DEMAND FOR JURY TRIAL

Plaintiff Jim Cooper Jr hereby demands trial by Jury.

Dated: October 19, 2006

_Jim Cooper Jr._
Jim Cooper, Sr. in Pro-Per

(5)

**ORIGINAL FILED**

JAN 12 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Jim Cooper Jr. - K-63818 H.D.S.P.
(Name of Plaintiff)

E2-38 Low - P.O. Box 3030
(Address of Plaintiff)

Susanville, CA. 96127-3030

(Case Number)

2:07 - CV - 0080 LKK GGH PC

vs. Lassen County Sheriffs Dept. et al

Shaun Guakco - Deputy

David Martin - Sgt. - Task Force

R. Ziglen - Sgt. &

Corner/Sheriff Steven W. Warren
(Names of Defendants)

COMPLAINT

I. Previous Lawsuits:

  A. Have you brought any other lawsuits while a prisoner:  ☒ Yes   ☐ No

  B. If your answer to A is yes, how many?: (1) One  Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

  1. Parties to this previous lawsuit:

     Plaintiff  Self - Jim Cooper Jr.

     Defendants  HDSP - Medical Staff, et al

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983                Rev'd 5/99

3

2. Court (if Federal Court, give name of District; if State Court, give name of County) _Eastern District Court of California_

3. Docket Number _Don't Remember_

4. Name of judge to whom case was assigned _Magistrate Gregory Hollows_

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?) _Case was Dismissed_

6. Approximate date of filing lawsuit _February 2002_

7. Approximate date of disposition _December 2003_

II. Exhaustion of Administrative Remedies

   A. Is there a grievance procedure available at your institution?  ☒ Yes   ☐ No

   B. Have you filed a grievance concerning the facts relating to this complaint? _Incident Leading To_  ☐ Yes  ☒ No

   If your answer is no, explain why not _This Lawsuit Happened on Streets. I Exhausted the Citizen Complaint Procedure Per Letter Attached. A Copy of Citizen Complaint._

   C. Is the grievance process completed? _Citizens Complaint_  ☒ Yes   ☐ No

III. Defendants

   (In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)
   _Lassen County Sheriff Department - etal_

   A. Defendant _Shaun Gualco_ is employed as _A Sheriffs Deputy - Lassen County_ at _Susanville, California Sheriff Dept._

   B. Additional defendants *Sgt. _David Martin - Narcotics Task Force - Susanville Sheriffs Department_

   * _R. Zistein Sgt. - Senior Officer In Charge At Sheriff Dept. Susanville. He Also Failed To Respond To Citizen Complaint In A Timely Manner. After Grudgingly Accepting My Statement._

   * Also, _Steven W. Warren - Sheriff/Coroner - Lassen County Sheriff Dept._

4

IV.  Statement of Claim

(State here as briefly as possible the <u>facts</u> of your case.  Describe how each defendant is involved, including dates and places.  Do not give any legal arguments or cite any cases or statutes.  Attach extra sheets if necessary.)

\* Deputy Shawn Gualco used unreasonable force during an arrest procedure on me, on 8-06-06, while I was in handcuffs. I was kicked & kneed in my lower spine area a number of times. Also struck about the back of the head & bent over the tailgate of my pick-up. My wife watched & two other neighbors saw the incident & came forth as well. Stmts on file

\* Sgt. David Martin filed a false arrest report that held land me in prison.

\* Sgt. R. Zielen didn't follow through on my citizen complaint in a timely or respectful amount of time allowed by law. In my opinion, very un-professional conduct.

\* Sheriff Steven Warren did not research on this case, only conferred w/ Sgt. Zielen, & Deputy Gualco, & conspired to dismiss this case. As no records on file of

V. Relief. An outside Internal Affairs investigation.

(State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.)

I feel that Deputy Gualco should retire his shield, so that no one else is discriminated against, or assaulted on a dark night when he thinks no one's around. He's in violation of California Professional Conduct Code, as a police officer. I'm also a senior citizen w/ a permanent disability! I was assaulted by Deputy Gualco repeatedly & injured as a result & deserve to be by law, compensated monetarily for relief of medical bills, medications, the pain & suffering I'm living with as a direct result of Deputy Gualco's attack on me. The other officers named should be punished as this honorable court sees fit. Thank you

Signed this 8th day of January, 20 07.

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

1-8-07
(Date)

_____
(Signature of Plaintiff)

11

# OFFICE OF THE SHERIFF • COUNTY OF LASSEN, CALIFORNIA

"Serving with Honor Since 1864"

**STEVEN W. WARREN**
SHERIFF/CORONER
DIRECTOR OF EMERGENCY SERVICES

SHERIFF'S OFFICE
Sheriff Cady Lane
Susanville, CA 96130

(530) 257-6121
(530) 257-9363

OFFICE OF EMERGENCY SERVICES
Sheriff Cady Lane
Susanville, CA 96130

(530) 251-8013
(530) 257-9363

ADULT DETENTION FACILITY
1405 Sheriff Cady Lane
Susanville, CA 96130

☎ (530) 251-5245
FAX: (530) 251-5243

CORONER'S OFFICE
1415 Sheriff Cady Lane
Susanville, CA 96130

☎ (530) 251-8013
FAX: (530) 257-9363

## CITIZEN COMPLAINT

Section 832.5 of the California Penal Code states: "Procedure for investigation of Citizen's Complaints against personnel".

(a) Each department or agency in this state which employs peace officers shall establish a procedure to investigate citizen's complaints against personnel of such departments or agencies, and shall make a written description of the procedure available to the public.

(b) Complaints and any reports or findings relating thereto shall be retained for a A period of at least (5) five years.

### CATEGORY I COMPLAINTS:

1. __X__  Force Used. - EXCESSIVE!!! WHILE I WAS HANDCUFFED!!!
2. _____  False Arrest.
3. __X__  Discrimination. - VERBALLY STATED: "YEAH, I REMEMBER YOU"
4. __X__  Criminal Conduct. & KNOWS I'm on ACTIVE PAROLE. NO REASON TO STOP ME - ASSAULT.
5. _____  Racial/Ethnic Slurs.
6. __X__  PERJURY - PER COURT TESTIMONY - IN MY OPINION.

### CATEGORY II COMPLAINTS:

1. __X__  Poor Service. FAILED TO ACKNOWLEDGE DISABLED #12" (DISABLED PERSON)!
2. __X__  Discourtesy. - AS MY VEHICLE PLATES READ DPX3802 &
3. __X__  Improper Procedure. - NO PROBABLE CAUSE TO STOP ME OR MY VEHICLE
4. __X__  Conduct Unbecoming a Peace Officer. ! COULD CAUSE SOMEONE SERIOUS INJURY
5. __X__  Other Misconduct that reflects Upon the Agency (specify) VERY POOR TRAINING!
* Also COULD COST AGENCY IT'S REPUTATION & $$ FOR DAMAGES!

Date Occurred: AUGUST 6, 2006   Time: APPROX. 11PM TO 12:3AM (7")
Location: DRIVEWAY - @ 106 FIR ST. - HERLONG, CA. - MY RESIDENCE.

Officer Name: SHAUN GUALCO   Badge #: 12.7
Description: WHITE-0826 - CAUCASIAN MALE OFFICER, BLONDE HAIR - MED. BUILD.
5'04 PER REPORT
APPROX 6' LESS
Officer Name: DAVID MARTIN   Badge #: N-1? PER REPORT of Interview
Description: SHERIFF'S SERGEANT, WHITE MALE OFFICER, DARK HAIR, MED. HEAVY BUILD, APPROX. 6' OR SO
INTERVIEWED ME @ 1415 SHERIFF CADY LN - PRIOR TO BOOKING.

(margin annotations:)
LEGAL MAIL - To: [illegible] In Copies Sent #6/1/07 [illegible] Copies to be Filed @ LCDF
Category I & II → All marked w/ X's
#3's ABOVE →
#6: CAT. I Complaints
#4 CAT. II Complaints

DRIVEN BY Officer Gualco #127 "Police Vehicle"

Vehicle #: 0826 - Per Crime & Arrest Report Description: White Marked Unit, w/ Logo on Sides & Lites on Top. (530)

Your Name: Jim Chatman Cooper Jr. Phone #: 827-3599 - Res. Ph #
Address: 1016 Fir St. - Herlong, CA. 96113 - Mail: P.O. Box 184 - Doyle, CA. 96109
City: Herlong, CA. State: CA. Zip: 96113
Date of Birth: 10-12-54 Age: 51 years

Witness Name: Ms. Nancy Everett ½ Last Name Not Sure Phone #: ?
Address: 107 Fir St.
City: Herlong, State: CA. Zip: 96113
Date of Birth: ? Age: ?

Witness Name: Ms. Mattie Hamilton Phone #: ?
Address: 110 Fir St.
City: Herlong, State: CA. Zip: 96113

At scene of Arrest → Witness Name: Mrs. Joyce A. Cooper - wife Phone #: (530) 827-3599
Address: 1016 Fir St. - Mail: P.O. Box 826 - Herlong 96113
City: Herlong, State: CA. Zip: 96113

Witness Name: _____ Phone #: _____
Address: _____
City: _____ State: _____ Zip: _____

Complaint Received By _____ Date: _____
Command Staff Given To: _____ Date: _____
Complaint DOJ Logged By: _____ Date: _____

WHAT YOU "FEEL" WAS DONE WRONG:
(Briefly) #1 - I was stopped as I parked at "Home" without probable cause, & evenso I still was complying to the officers request, & for no apparent reason I was unduly shaken, pushed, bent over hard & face repeadily forced down into dirt, grass, & gravel, I had just unloaded on my Blv. Officer Gualco also kneed me 3 or 4 times in my butt area, or

Signed: Jim C. Cooper Date: 9-6-06 PAGE ATTACHED →
Witness: Joyce Cooper Date: 9-9-06 Signed: Joyce Cooper

(2)

What You Feel was Done Wrong: Continued From Pg. 2

Cont. Pg 2: Tail-Bone & Lower Spine Area! Officer Gualco was Roffing Me Up so Thourghly That The Force of His Attack, (While I was Handcuffed) Snapped or Broke a Heavy Gauge Silver Chain I was wearing around my Neck!

This Is Not The First Time, Nor The Second, or Third Time, This Peace-Officer Has Pulled me over In my Little Truck. All Instances I was Stopped By Aforementioned Officer, I was Alone, But This Time, Thank God, There were (3) Three Eye-Witnesses! (Listed on Page 2 of This Citizens Complaint.) They Came Forth without my Prior Knowledge.

Also If Officer Gualco Hadn't Been So Hell-Bent on, His, I Feel, Pre-Meditated Acts of Violence on my Person. He might Have Noticed That Right Beneath my Bent-over, Banged & Pushed Around, 51 Year Old, Permanently Disabled, Body! was a Perfectly Legal, Currently Registered "Disabled Person" License Plates Number: DPX3802 with A Picture of A Wheel-Chair Preceding Numbers & Letters. For Those Who Are Reading Challenged! I Feel I was, Bottom Line Discriminated Against, Partially Because of my Race, & The Other 50%, Because Officers In Lassen County, Harrass & Illegally Detain & Release, Citizens They Know who are In The Penal → System, Parole, Probation etc... Conclusion on Back

I Live In A Small Country Setting & officers Know me By my Appearance & Automobiles & Can, If They Chose To, Violate my 14th Ammendment & other Constitutional Rights, & Regularly Get Away with Those, usually unprovoked, Contacts with Law Enforcement, Via Traffic Stops.