**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Kristina M. Hall, SBN 196794
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants LASSEN COUNTY SHERIFF'S DEPARTMENT and DEPUTY SHAUN GUALCO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM COOPER, JR. <br><br> Plaintiff, <br><br> vs. <br><br> LASSEN COUNTY SHERIFFS DEPT, ET AL., SHAUN GUALCO-DEPUTY, DAVID MARTIN - SGT. TASK FORCE, R. ZIELEN - SGT. AND SHERIFF/CORONER STEVEN W. WARREN, <br><br> Defendants. <br> _____/ | Case No. 07-0080 LKK GGH PC <br><br> **DEFENDANTS' ANSWER TO AMENDED COMPLAINT; DEMAND FOR JURY TRIAL** |

Defendants LASSEN COUNTY SHERIFF'S DEPARTMENT and DEPUTY SHAUN GUALCO hereby submit their Answer to Plaintiff's Amended Complaint.

1. Answering Paragraph I of the Amended Complaint Defendants generally and specifically deny each and every allegation contained in said paragraph.

2. Answering Paragraph 2 of the Amended Complaint, this paragraphs contains conclusions of law to which no answer is required. However, to the extent that any answer to this paragraph may be required, these answering Defendants generally and specifically deny each and every allegation contained in said paragraph.

3. Answering Paragraph 3, Defendant admit that JIM COOPER, Jr. is a party to this action. As to the remaining allegations contained in said paragraph, these answering

1
**DEFENDANTS' ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL**
PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com
00584782.WPD

1  Defendants lack sufficient information or knowledge to enable them to answer the allegations
2  contained in said paragraph, and basing their denial on that ground, generally and specifically
3  deny each and every allegation contained in said paragraph.

4      4.    Answering Paragraph 4, these answering Defendants admit that the Lassen
5  County Sheriff's Department is the supervising employer of Defendant Deputy Shaun
6  Gualco.  Defendants generally and specifically deny each and every remaining allegation
7  contained in said paragraph.

8      5.    Answering Paragraph 5, Defendants admit that Defendant Deputy Shaun
9  Gualco is employed by the Lassen County Sheriff's Department.  Defendants generally and
10 specifically deny each and every remaining allegation contained in said paragraph.

11     6.    Answering Paragraphs 6, 7, 8, 9, 10 and 11, these answering Defendants lack
12 sufficient information or knowledge to enable them to answer the allegations contained in
13 said paragraphs, and basing their denial on that ground, generally and specifically deny each
14 and every allegation contained in said paragraphs.

15 **FIRST CLAIM FOR RELIEF**

16 **(Federal Cruel and Unusual Punishment**

17     7.    Answering Paragraph 12, these answering Defendants incorporate by reference
18 their responses to Paragraphs 1 through 11 as though fully restated herein.

19     8.    Answering Paragraph 13, Defendants generally and specifically deny each and
20 every allegation contained in said paragraph.

21 **SECOND CLAIM FOR RELIEF**

22 **(Federal Due Process)**

23     9.    Answering Paragraph 14, these answering Defendants incorporate by reference
24 their responses to paragraphs 1 through 13 as though fully restated herein.

25     10.    Answering Paragraph 15, Defendants generally and specifically deny each and
26 every allegation contained in said paragraph.

27 ///

28 ///

2

**DEFENDANTS' ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL**

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00584782.WPD

**THIRD CLAIM FOR RELIEF**

**(State Tort Law – Assault and Battery)**

11. Answering Paragraph 16, these answering Defendants incorporate by reference their responses to paragraphs 1 through 15 as though fully restated herein.

10. Answering Paragraph 17, Defendants generally and specifically deny each and every allegation contained in said paragraph.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Amended Complaint fails to state facts sufficient to constitute a viable claim for relief against these answering Defendants.

### SECOND AFFIRMATIVE DEFENSE

At all times mentioned in the Amended Complaint Defendants, and each of them, were acting in good faith and entitled to qualified immunity.

### THIRD AFFIRMATIVE DEFENSE

Defendants are immune from liability pursuant to the provisions of California Government Code sections 815 *et seq.* and 900 *et seq.*

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims, and each of them, are barred by the provisions of California Penal Code sections 834(a), 835, 835(a), 836 and 836.5.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff freely and voluntarily assumed the risk of injury and damage alleged in this action with full knowledge and appreciation of the magnitude thereof.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff acted in concert with Defendants and knowingly and willingly consented to the conduct of such Defendants in total and utter disregard for the likelihood or probability that he might be injured thereby.

///

///

3

**DEFENDANTS' ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL**

00584782.WPD

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims, and each of them, are barred by the doctrines of waiver and estoppel.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's claims, and each of them, are barred by the doctrines of express or implied consent.

### NINTH AFFIRMATIVE DEFENSE

Plaintiff failed to use ordinary care for the safety of his person and property, was negligent and careless concerning the matters set forth in this action, and any damage suffered by him proximately resulted therefrom.

### TENTH AFFIRMATIVE DEFENSE

Plaintiff's claims for relief and each of them against Defendants are barred under the Eleventh Amendment to the U.S. Constitution pursuant to the doctrine set forth in McMillian v. Monroe County, 117 S.Ct. 1734 (1997), in that the alleged conduct complained of occurred, if at all, on behalf of the State and not the County.

### ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff is barred from recovery by his own careless, negligent and willful conduct or by reason of his legal responsibility for similar such conduct of others, including his agents, partners or joint venturers, all of which proximately caused any damage claimed in this action.

### TWELFTH AFFIRMATIVE DEFENSE

As and for a separate and distinct affirmative defense, Defendants allege that Plaintiff is not entitled to punitive damages under federal or California law.

### THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff failed to exercise reasonable diligence so as to mitigate the damages, if any, alleged in the Amended Complaint, and said conduct was the sole and proximate cause of said injuries.

///

4

**DEFENDANTS' ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL**

00584782.WPD

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

### **FOURTEENTH AFFIRMATIVE DEFENSE**

Plaintiff's state law claims are barred and/or the Court lacks jurisdiction over Plaintiff's state law claim because Plaintiff failed to comply with the requirements of the California Government Tort Claims Act.

WHEREFORE, Defendants LASSEN COUNTY SHERIFF'S DEPARTMENT and DEPUTY SHAUN GUALCO pray for judgment as follows:

1. That Plaintiff's action be dismissed;
2. That Plaintiff takes nothing by way of his Amended Complaint;
3. That Defendants be awarded their costs of suit, including attorney fees; and,
4. For such other relief as the Court deems proper.

Respectfully submitted,

Dated: May 22, 2008    PORTER SCOTT
A PROFESSIONAL CORPORATION


By   /s/ Terence J. Cassidy
    Terence J. Cassidy
    Attorney for Defendants
    LASSEN COUNTY SHERIFF'S
    DEPARTMENT and DEPUTY SHAUN
    GUALCO

**DEMAND FOR JURY TRIAL**

Defendants LASSEN COUNTY SHERIFF'S DEPARTMENT and DEPUTY SHAUN GUALCO hereby demand a trial by jury in the above-entitled action as provided by the Seventh Amendment to the United States Constitution and Rule 38 of the Federal Rules of Civil Procedure.

Respectfully submitted,

Dated:  May 22, 2008    PORTER SCOTT
A PROFESSIONAL CORPORATION

By   /s/ Terence J. Cassidy
Terence J. Cassidy
Attorney for Defendants
LASSEN COUNTY SHERIFF'S
DEPARTMENT and DEPUTY SHAUN
GUALCO

**DEFENDANTS' ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL**

00584782.WPD

Case Name: <u>Cooper v. Lassen County Sheriff's Dept., et al.</u>
Case No.: USDC EDCA No.: 07-0080 LKK GGH PC

## DECLARATION OF SERVICE

I am a citizen of the United States and employed in Sacramento County, California; I am over the age of 18 years and not a party to the within action; my business address is 350 University Avenue, Suite 200, Sacramento, California 95825.

On the date below I served the attached:

**DEFENDANTS' ANSWER TO AMENDED COMPLAINT;
DEMAND FOR JURY TRIAL**

<u>XXX</u>   **BY MAIL:** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Sacramento, California.

_____   **BY PERSONAL SERVICE:** I caused such document to be delivered by hand to the office of the person(s) listed below.

_____   **BY OVERNIGHT DELIVERY:** I caused such document to be delivered by overnight delivery to the office of the person(s) listed below.

_____   **BY FACSIMILE:** I caused such document to be transmitted by facsimile machine to the office of the person(s) listed below.

addressed as follows:

Jim Cooper, Jr.
P.O. Box 184
Doyle, CA, 96109

I declare under penalty of perjury that the foregoing is true and correct and was executed on May 22, 2008, in Sacramento, California.

/s/ Susie Schiele
Susie Schiele

7
DEFENDANTS' ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00584782.WPD