IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIM CHATMAN COOPER, JR.,

      Plaintiff,                       No. CIV S-07-0080 LKK GGH P

      vs.

LASSEN COUNTY SHERIFF'S
DEPARTMENT, et al.,

      Defendants.                ORDER

_____/

      Plaintiff, a state parolee proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On August 4, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Plaintiff has filed objections to the findings and recommendations to which defendants filed a reply.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

1        Accordingly, IT IS HEREBY ORDERED that:

2        1.  The findings and recommendations filed August 4, 2008, are adopted in full;

3        2.  Defendants' unopposed motion to dismiss this action, filed on 6/23/08 (# 35),

4   is granted; and

5        3.  This action is dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(b).

6   DATED:   October 3, 2008.

7

8                                        _____
                                        LAWRENCE K. KARLTON
9                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2